■ The People of the State of New York, Respondent, v Joseph Bereziuk, Appellant. [612 NYS2d 1014] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we find no merit to defendant's contention that the court

erred in failing, *sua sponte,* to order that defendant be examined pursuant to CPL 730.30 (1) to determine his fitness to proceed to trial *(see, People v Armlin,* 37 NY2d 167, 171; *People v Ross,* 185 AD2d 661, *lv denied* 80 NY2d 934).

We decline to modify defendant's sentence in the interest of justice. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Sexual Abuse, 1st Degree.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.